United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: December 24, 2014
Docket #: 14-4449op
Short Title: In re: Palestine Liberation Or

DC Docket #: 04-cv-397
DC Court: SDNY (NEW YORK CITY)
DC Judge: Daniels
DC Judge: Ellis

### NOTICE OF MOTION PLACED ON THE CALENDAR

A petition for writ of mandamus filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, January 6, 2015.

Inquiries regarding this case may be directed to 212-857-8595.